**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: County of Orange<br><br>Kang-Shen Chen,<br>　　　　　Appellant,<br><br>　　　v.<br><br>County of Orange,<br><br>　　　　　Appellee. | CASE NO. SACV-16-1301-R<br><br>Case in other court: 8:16-ap-01002-ES<br><br>USBC Central District of California Los Angeles, 8:94-bk-22272<br><br>**ORDER OF DISMISSAL<br>BY LACK OF PROSECUTION** |

　　　WHEREAS Appellant was ordered to show cause in writing by not later than **January 17, 2017** why this action should not be dismissed for lack of prosecution

　　　WHEREAS this period has elapsed without any action by Appellant.

　　　The Court hereby DISMISSES the instant case for lack of prosecution.

Dated: January 18, 2017

　　　　　　　　　　　　　　　　　　　　HON. MANUEL L. REAL
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE